# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOOTRY,<br><br>           Plaintiff,<br><br>   v.<br><br>CAPTAIN E.G. FLORES, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-01252-OWW-SKO PC<br><br>ORDER GRANTING MOTIONS<br><br>(Docs. 21, 22) |

Plaintiff Michael Mootry ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2010, Plaintiff filed a motion "for status of case/amended complaint." (Doc. #21.) Plaintiff re-filed a similar motion on December 13, 2010. (Doc. #22.)

Plaintiff is advised that the Court does not provide status updates for cases. If Plaintiff provides the Court with up to date address information, he will receive all pertinent orders issued by the Court. As a courtesy, the Court will advise Plaintiff that his amended complaint has been received by the Court and will be screened in due course. However, any further requests for status updates will be denied.

Based on the foregoing, the Court HEREBY ORDERS that Plaintiff's motions are GRANTED. Plaintiff has been provided with a status update regarding his amended complaint.

IT IS SO ORDERED.

**Dated:   February 15, 2011**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE