# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOOTRY,<br><br>        Plaintiff,<br><br>    v.<br><br>E. G. FLORES, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-01252-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND OBJECTIONS AND STRIKING OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 51, 52) |

Plaintiff Michael Mootry ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2011, an order issued granting Defendants' motion to dismiss and granting Plaintiff leave to file an amended complaint. On December 27, 2011, Plaintiff filed a motion to amend his objections to the finding and recommendations and objections.

Plaintiff's complaint was dismissed for failure to state a claim. In considering a motion to dismiss for failure to state a claim, the court generally considers only the pleadings and must accept as true the allegations in the complaint. Marder v. Lopez, 450 F.3d 445, 448 (9th Cir. 2006); Shaver v. Operating Engineers Local 428 Pension Trust Fund, 332 F.3d 1198, 1201, 1203 (9th Cir. 2002). A court may consider evidence that the complaint relies on, where the complaint refers to a document that is central to the complaint and no party questions the authenticity of the document. Marder, 450 F.3d at 448; see United States v. Ritchie, 342 F.3d 903, 908 (9th Cir. 2003). Plaintiff's opposition sets forth new evidence and facts which are not included in his complaint and may not be considered in deciding the motion to dismiss. Accordingly, Plaintiff's motion for leave to file an

amended objections is HEREBY DENIED and Plaintiff's objections are STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **January 1, 2012**                    /s/ **Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE