# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOOTRY,<br><br>    Plaintiff,<br><br>    v.<br><br>E. G. FLORES, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:09-cv-01252-LJO-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF Nos. 64, 66)<br><br>THIRTY-DAY DEADLINE |

    Plaintiff Michael Mootry ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 26, 2013, the Magistrate Judge issued Findings and Recommendations that Defendants' motion to dismiss Plaintiff's second amended complaint for failure to state a claim be DENIED, and Defendants' motion to dismiss Plaintiff's second amended complaint based on qualified immunity be DENIED without prejudice. The Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) days. More than fourteen (14) days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the undersigned finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued March 26, 2013, are adopted in full;
2. Defendants' motion to dismiss for failure to state a claim, filed July 5, 2012, is DENIED;
3. Defendants' motion to dismiss based on qualified immunity is DENIED without prejudice; and
4. Within thirty days from the date of service of this order, Defendants shall file an answer to the Second Amended Complaint.

IT IS SO ORDERED.

**Dated:   April 17, 2013**              /s/  Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE