UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOOTRY,<br><br>            Plaintiff,<br><br>       v.<br><br>E. G. FLORES, et al.,<br><br>            Defendants. | Case No.: 1:09-cv-01252-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULE<br><br>(ECF No. 81) |

  Plaintiff Michael Mootry ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Hedgpeth, Flores, Wegman, Lewis and Cabrera for violations of the Free Exercise Clause of the First Amendment.

  On January 22, 2014, the Court modified the Scheduling Order in this matter and extended the discovery deadline to March 9, 2014.  The dispositive motion deadline remained March 31, 2014.

  On March 7, 2014, Defendants filed the instant motion to modify the discovery and scheduling order.  Defendants seek to extend the dispositive motion deadline to May 30, 2014, in order to permit defense counsel additional time to complete a motion for summary judgment. (ECF No. 81-1, pp. 3, 5-6.)  On March 17, 2014, Plaintiff filed a statement of non-opposition to Defendants' motion to

1

modify the discovery and scheduling.  Plaintiff also requested forty-five days to file any opposition to Defendants' motion for summary judgment.[1]  (ECF No. 82.)

Good cause appearing, Defendants' motion to modify the discovery and scheduling is GRANTED.  Fed. R. Civ. P. 16(b)(4).  The dispositive motion deadline is extended to May 30, 2014.  Any response or opposition to a dispositive motion shall be filed within forty-five days following service of the motion.

IT IS SO ORDERED.

Dated:   **March 20, 2014**         /s/ Barbara A. McAuliffe         
UNITED STATES MAGISTRATE JUDGE

---

[1]  Plaintiff additionally requested permission to file motions to compel, motions for production and motions for injunctive relief. (ECF No. 82, p. 2.)  Plaintiff's additional requests are DENIED without prejudice.  Any discovery related motions were required to be filed prior to the March 9, 2014 discovery deadline.  However, Plaintiff is not precluded from requesting modification of the discovery and scheduling order to extend the discovery deadline.  Any such motion must establish good cause for modification pursuant to Federal Rule of Civil Procedure 16(b)(4).  Plaintiff need not seek leave of court to file a motion for injunctive relief.